1
2
3
4
5
6

FILED

AUG 12 2008

7                    UNITED STATES DISTRICT COURT

8                   SOUTHERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,        )  Criminal Case No. 08CR2652-WQH
                                    )
10              Plaintiff,           )  **I N F O R M A T I O N**
                                    )
11       v.                         )  Title 8, U.S.C., Sec. 1325 -
                                    )  Illegal Entry (Misdemeanor);
12  JOSE JESUS PONCE,               )  Title 8, U.S.C., Sec. 1325 -
    aka Jose Jesus Ponce-Hernandez, )  Illegal Entry (Felony)
13                                  )
                Defendant.           )
14  _____)

15       The United States Attorney charges:

16                              Count 1

17       On or about _____June 2008_____, within the Southern

18  District of California, defendant JOSE JESUS PONCE, being an alien,

19  unlawfully entered or attempted to enter the United States at a time

20  and place other than as designated by immigration officers, and eluded

21  examination and inspection by immigration officers, and attempted to

22  enter or obtained entry to the United States by a willfully false or

23  misleading representation or the willful concealment of a material

24  fact; in violation of Title 8, United States Code, Section 1325, a

25  misdemeanor.

26  //

27  //

28  //

SLF:es:San Diego
7/24/08

## Count 2

On or about July 13, 2008, within the Southern District of California, defendant JOSE JESUS PONCE, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: August 12, 2008.

KAREN P. HEWITT
United States Attorney

SABRINA L. FEVE
Assistant U.S. Attorney